IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA   |              Case No. 1:11-20331-CR-JORDAN
                                |

                                |

V.                               |

                                |

HAFIZ MUHAMMAD SHER     |
ALI KHAN, et al.               |

                                |

           Defendant      |

## MOTION FOR A BILL OF PARTICULARS

COMES NOW, the Defendant, Hafiz Muhammad Sher Ali Khan, who, by and through counsel, and pursuant to Fed. R. Crim. P. 7(f), respectfully moves this Court to direct the filing of a bill of particulars.

Because of the Indictment's lack of clarity on the actual illegal nature of the overt acts listed, Mr. Khan is unable to ascertain adequately from the face of the Indictment the nature of the case against him in order to prepare his defense and avoid surprise at trial.  Mr. Khan, therefore, moves that the government be ordered to state the following in a bill of particulars:

**A.**     **COUNTS ONE AND THREE**

1.  The exact nature, including quantity, of the material resources that Mr. Khan is alleged to have conspired to provide;

2.  Any acts allegedly engaged in by Mr. Khan that indicated his participation in the conspiracy or that furthered the conspiracy to provide material resources;

3.  The date, time, and place of all acts Mr. Khan is accused of committing in furtherance of the alleged conspiracy;

4. Any specific illegal activity by the conspirators that was aided or advanced by the support or resources that Mr. Khan is alleged to have provided;

5. The dates, times, and places that Mr. Khan is alleged to have provided or attempted to provide material resources to the conspirators and what specifically Mr. Khan provided or attempted to provide on each separate date, time, and place;

6. The manner in which Mr. Khan allegedly agreed to provide material support and resources to the conspirators;

7. The names of unindicted, but identified, co-conspirators, including those whose names may have become known since the return of the Indictment, and those whose names the government omitted from the Indictment;

8. The names of all domestic and foreign confidential informants, undercover agents, and intelligence personnel and assets who participated in the alleged conspiracy and the roles of those informants, undercover agents, intelligence personnel, and/or intelligence assets;

9. A description by category of any unknown co-conspirators;

10. The name of any political, religious, military, or other organization involved or implicated in the conspiracy.

11. The exact nature, date, time, and location of the kidnapping, maiming, or murdering that is being alleged to have been the object of the conspiracy Mr. Khan is alleged to have been involved.

**B.    COUNTS TWO AND FOUR**

12. The exact nature and amount of funds, goods, and services that Mr. Khan is alleged to have conspired to provide to or receive on behalf of the Pakistan Taliban ("TTP");

2

13. Any acts allegedly engaged in by Mr. Khan that indicated his participation in the conspiracy or that furthered the conspiracy to provide or receive funds, goods, or services on behalf of TTP;

14. The date, time, and place of all acts Mr. Khan is accused of committing in furtherance of the alleged conspiracy with the TTP;

15. Any specific illegal activity by the conspirators that was aided or advanced by the funds, goods, or services that Mr. Khan is alleged to have provided or received on behalf of TTP;

16. The exact nature and amount of the funds, goods, or services that Mr. Khan is alleged to have provided to or received on behalf of TTP;

17. The dates, times, and places that Mr. Khan is alleged to have provided or attempted to provide funds, goods, or services to the conspirators and what specifically Mr. Khan provided or attempted to provide on each separate date, time, and place;

18. The manner in which Mr. Khan allegedly agreed with any conspirators to provide funds, goods, and services or to receive funds, goods, and services for the benefit of, TTP;

19. The names of unindicted, but identified, co-conspirators, including those whose names may have become known since the return of the Indictment, and those whose names the government omitted from the Indictment;

20. The names of all domestic and foreign confidential informants, undercover agents, and intelligence personnel and assets who participated in the alleged conspiracy and the roles of those informants, undercover agents, intelligence personnel, and/or intelligence assets;

21. A description by category of any unknown co-conspirators;

22. The name of any political, religious, military, or other organization involved or implicated in the conspiracy.

Dated:  August 8, 2011
Pompano Beach, Florida

Respectfully submitted,
Wahid Vizcaino LLP


_____/s/_____

Khurrum B. Wahid
FL Bar 178764

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of August, 2011 I have electronically filed the foregoing DEFENDANT HAFIZ MUHAMMAD SHER ALI KHAN'S MOTION FOR A BILL OF PARTICULARS with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served electronically this day on the United States Attorneys' Office and all other parties that are to be noticed in this matter via electronic court filing.

_____/s/_____

Khurrum B. Wahid
FL BAR 178764
Wahid Vizcaino LLP
6221 W. Atlantic Blvd
Pompano Beach FL 33063
(305) 444-4303 Phone
(305) 444-4302 Fax
khurrum@wvmlawfirm.com

5