UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20331-CR-JORDAN/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAFIZ KHAN, et al.,

    Defendants.
_____/

### **ORDER**

THIS MATTER is before the Court on the Motion to Seal (DE# 154, 10/6/11) and Ex-Parte Motion to Declare Defendant Indigent for Costs (DE# 155, 10/6/11) filed by defendant Hafiz Khan. Having reviewed the applicable filings and the law and having heard from the defendant, the defendant's counsel and the government at the October 13, 2011 hearing, it is

ORDERED AND ADJUDGED that the Motion to Seal (DE# 154, 10/6/11) and Ex-Parte Motion to Declare Defendant Indigent for Costs (DE# 155, 10/6/11) are **GRANTED**. Pursuant to Title 18 U.S.C. § 3006A (e), the Court finds that defendant Hafiz Khan is indigent for costs.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **14th** day of October, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Jordan
All Counsel of Record