# Affidavit of Abdul Qayum S/o Abdul Manan

I , Abdul Qayum S/o Abdul Manan Resident of Haji baba Road Mohallah Gulshan Mingora Tehsil & District swat do hereby solemnly affirm on oath that I am willing to testify on behalf Hafiz Sher Ali and Izhar Khan in Pakistan and that I am not willing to travel to the United States of America for the Purpose of Attending Court to make such deposition or for any other purpose. I cannot take a few weeks away from my business to travel to the United States and present myself to a jury without it being an extreme hardship on my family and my business. I run a pharmacy and am entering a very busy time; the closing of the pharmacy for a few weeks would be great hardship on the business and upon the community that I serve. Furthermore my health also does not permit me to travel. I am however willing to provide a sworn statement in Pakistan about the material facts of the case.

DEPONENT

Abdul Qayum S/o Abdul Manan
Computerized National Identity Card
(CNIC) No:15602-0405507-1

CERTIFICATE

Certified that the aforesaid statement is recorded by Mr. Abdul Qayum (Deponent) before me on this 04th August 2012 at District Court MIngora Swat, Pakistan

ATTESTED

AKBAR ALI KHAN (ADVOCATE)

Name..........
Date..........    Signature of Notary public

# Affidavit of Abdul Qayum S/o Abdul Manan

I , Abdul Qayum S/o Abdul Manan Resident of Haji baba Road Mohallah Gulshan Mingora Tehsil & District swat do hereby solemnly affirm on oath that I am willing to testify on behalf Hafiz Sher Ali and Izhar Khan in Pakistan and that I am not willing to travel to the United States of America for the Purpose of Attending Court to make such deposition or for any other purpose. I cannot take a few weeks away from my business to travel to the United States and present myself to a jury without it being an extreme hardship on my family and my business. I run a pharmacy and am entering a very busy time; the closing of the pharmacy for a few weeks would be great hardship on the business and upon the community that I serve. Furthermore my health also does not permit me to travel. I am however willing to provide a sworn statement in Pakistan about the material facts of the case.

DEPONENT

Abdul Qayum S/o Abdul Manan
Computerized National Identity Card
(CNIC) No:15602-0405507-1

CERTIFICATE

Certified that the aforesaid statement is recorded by Mr. Abdul Qayum (Deponent) before me on this 04th August 2012 at District Court MIngora Swat, Pakistan

ATTESTED

Name
Signature of Oath Commissioner