## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-20331-Cr-SCOLA

UNITED STATES OF AMERICA,

vs.

HAFIZ MUHAMMAD SHER ALI KHAN,

Defendant.

_____/

### VERDICT

**WE THE JURY** find unanimously as follows:

1. As to Count One of the Indictment:____✔ Guilty _____ Not Guilty

2. As to Count Two of the Indictment ____✔ Guilty _____ Not Guilty

3. As to Count Three of the Indictment: ____✔ Guilty _____ Not Guilty

4. As to Count Four of the Indictment: ____✔ Guilty _____ Not Guilty

**SO SAY WE ALL**

Signed: _____

Foreperson

Dated: 3/4/ , 2013